UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECHNICAL EDUCATION RESEARCH )<br>CENTERS, INC., Plaintiff            )<br>                                                       )<br>               V.                                    )<br>                                                       )<br>LAURTOM, INC., Defendant         ) | Civil Action No.   04-12539 RCL |

A P P E A R A N C E

TO THE CLERK:

    Please enter my APPEARANCE for the defendant LAURTOM, INC.

    By its attorneys,

    /S/   JOSEPH F. RYAN

    Joseph F. Ryan BBO# 435720
    Lyne Woodworth & Evarts LLP
    600 Atlantic Avenue
    Boston, MA 02210
    Telephone 617/523-6655 - Telecopy 617/248-9877
    E-mail: Jryan@LWELaw.com