UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TECHNICAL EDUCATION RESEARCH CENTERS, INC., Plaintiff | ) ) ) | |
| V. | ) ) | Civil Action No.   04-12539 RCL |
| LAURTOM, INC., Defendant | ) ) | |

DEFENDANT'S MOTION TO EXTEND TIME
FOR RESPONDING TO THE  COMPLAINT (ASSENTED-TO)

The defendant, Laurtom, Inc., moves at the time within which it may answer, move or otherwise respond to the Plaintiff's Complaint, be extended 30 days to and including Thursday, January 27, 2005.

In support of this motion, the undersigned counsel respectfully represents that service was made upon the Defendant  on or about December 7, 2004; Laurtom, Inc. is an out-of-state client; this is Laurtom, Inc.'s first request for an extension of time; and the additional time is reasonably required to confer with the client in order to obtain the necessary background information, and to enable the undersigned counsel to respond properly to the Complaint.

Counsel for Plaintiff has assented to this motion.

WHEREFORE, the Defendant, Laurtom, Inc., respectfully requests that the time within which it may respond to the Complaint be extended to and including Thursday, January 27, 2005.

By its attorneys,

/S/ JOSEPH F. RYAN

Joseph F. Ryan BBO# 435720
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone 617/523-6655 - Telecopy 617/248-9877
E-mail: Jryan@LWELaw.com