UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECHNICAL EDUCATION RESEARCH CENTERS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAURTOM, INC., )<br>)<br>Defendant. ) | Civil Action No. 04cv12539 RCL |

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff hereby moves to continue the status conference in this action, previously scheduled for February 24, 2005 at 2:30 p.m., to any day of the Court's choosing the week of March 14, 2005.

As grounds for this motion, the parties state the following:

1. The status conference in this action was scheduled to take place February 24, 2005 at 2:30 p.m.

2. Counsel for the plaintiff contacted Judge Lindsay's clerk to request that the conference be postponed in light of a scheduling conflict.

3. The clerk indicated that the status conference could be continued to a date where the parties were available, contingent on the filing of an appropriate motion with the Court.

4. Plaintiff has conferred with defendant, who assents to this motion, and the parties are available any date the week of March 14, 2005.

1

WHEREFORE the parties respectfully request that the Status Conference be rescheduled for a date the week of March 14, 2005.

TECHNICAL EDUCATION RESEARCH CENTERS, INC.,

Plaintiff,

By its attorneys,

Dated: February 8, 2005

/s/ Willam S. Strong
William S. Strong, Esq., BBO# 483520
Sherry Ruschioni, Esq., BBO # 643393
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
(617) 367-2988 (fax)