UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECHNICAL EDUCATION RESEARCH CENTERS, INC., </br></br>Plaintiff, </br></br>v. </br></br>LAURTOM, INC., </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04cv12539 RCL |

**CERTIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), plaintiff and its counsel hereby certify that:

1)   The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative costs – of the litigation; and

2)   The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

TECHNICAL EDUCATION RESEARCH
CENTERS, INC.,

By:                                                        And by its attorneys,

_____          _____
Laurie Brennan                     William S. Strong, Esq., BBO #483520
Title: COO                         Amy C. Mainelli, Esq., BBO # 657201
                                   KOTIN, CRABTREE & STRONG, LLP
                                   One Bowdoin Square
                                   Boston, MA 02114
                                   (617) 227-7031
                                   (617) 367-2988 (fax)

Dated: March 11, 2005

### CERTIFICATE OF SERVICE

I, Amy C. Mainelli, certify that I have this day served the foregoing document by first class mail upon counsel for all defendants in this action.

3-11-05                            _____
Date                               Amy C. Mainelli

WSS/Asmara/TERC/IAT/cert*

2