UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

TECHNICAL EDUCATION RESEARCH )
CENTERS, INC., Plaintiff )
)
V. ) Civil Action No. 04-12539 RCL
)
LAURTOM, INC., Defendant )

Filed
3-16-05

## DEFENDANT'S CERTIFICATION

Pursuant to LR 16.1(D)(3) the undersigned counsel and client affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

March 16, 2005

LAURTOM, INC.
By
_____
Thomas A. Laster,

COUNSEL:

_____
Joseph F. Ryan BBO#435720
LYNE, WOODWORTH & EVARTS LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone: 617/523-6655
JRyan@LWELaw.com