UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECHNICAL EDUCATION RESEARCH CENTERS, INC., ) ) ) Plaintiff, ) ) v. ) ) LAURTOM, INC., ) ) Defendant. ) | Civil Action No. 04cv12539 RCL |

## EMERGENCY ASSENTED-TO MOTION TO EXTEND THE EXPERT DISCLOSURE DATE TWO WEEKS

The plaintiff, with the assent of the defendant, moves that this Court extend the deadline for the designation and disclosure of information of all trial experts, contemplated by Federal Rule of Civil Procedure 26(a)(2)(B) by the plaintiffs from September 1, 2005 to September 15, 2005 and by the defendants from November 1, 2005 to November 15, 2005. One of plaintiff's experts has been out of the country and unable to complete the expert report. The parties are not seeking any extension of other deadlines, no party will be prejudiced by this extension, and this brief extension will not delay the disposition of this matter.

Therefore, the plaintiff requests that this Court extend the deadline for the designation and disclosure of information of all trial experts, contemplated by Federal Rule of Civil Procedure 26(a)(2)(B) by two weeks.

Respectfully submitted,

TECHNICAL EDUCATION RESEARCH
CENTERS, INC.,

Plaintiff,
By its attorneys,


_/s/ Sherry L. Ruschioni_____

William S. Strong, BBO# 483520
Sherry L. Ruschioni, BBO# 643393
Amy C. Mainelli, BBO# 657201
Kotin, Crabtree & Strong, LLP
One Bowdoin Square
Boston, MA 02114
Tel: (617) 227-7031
Fax: (617) 367-2988

Assented to:

LAURTOM, INC.,

Defendant,
By its attorney,


/s/ Joseph F. Ryan_____
Joseph F. Ryan (BBO#435720)
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston., MA 02210
(617)523-6655
Jryan@LWELaw.com