UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TECHNICAL EDUCATION RESEARCH | ) | |
| CENTERS, INC., Plaintiff | ) | |
| | ) | |
| V. | ) | Civil Action No.   04-12539 RCL |
| | ) | |
| LAURTOM, INC., Defendant | ) | |

DEFENDANT LAURTOM INC.'S
NOTICE OF SERVICE OF
PRELIMINARY EXPERT STATEMENT
<u>OF DR. THOMAS EMRICK</u>

Defendant Laurtom, Inc. serves herewith upon the Plaintiff the "Preliminary Expert Statement of Dr. Thomas Emrick" that accompanies this Notice.

By its attorneys,

Joseph F. Ryan BBO# 435720
Lyne Woodworth & Evarts LLP
600 Atlantic Avenue
Boston, MA 02210
Telephone 617/523-6655 - Telecopy 617/248-9877
E-mail: Jryan@LWELaw.com

November 14, 2005