UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TECHNICAL EDUCATION RESEARCH CENTERS, INC., Plaintiff )<br>)<br>)<br>V.                                                                             )<br>)<br>LAURTOM, INC., Defendant                                     ) | Civil Action No.  04-12539 RCL |

DEFENDANT LAURTOM INC.'S
PRELIMINARY EXPERT STATEMENT
OF DR. THOMAS EMRICK

I, THOMAS EMRICK, of Iowa City, Iowa, upon oath depose and say as follows:

Personal Background

1. Presently I am Vice President of Product Development for *Buckle Down Publishing*, a division of Haights Cross Communication's Triumph Learning unit. *Buckle Down Publishing* publishes research-based workbooks and practice tests for Grades 2–12, and high-interest, low-readability materials for at-risk readers in Grades 7–12. *Buckle Down Publishing* places its editorial attention on the standards within each state. The entire development effort at *Buckle Down Publishing* is a matter of uncovering the intentions within each state and then creating tools to help teachers and students meet or exceed the standards.

*Education*

2. I received a Bachelor of Arts Degree in Elementary Education and Business, with minors in Meteorology, Political Science and Marine Science, from the University of Northern Iowa in 1974.

3. I received a Masters Degree in School Administration from Northeast Missouri State

University in 1978. Thereafter, I took three years of Post Graduate courses in Computer Science at Clark University.

4. In 1989, I received Doctorate Degree from Loyola University of Chicago, in Educational Policy and Leadership Studies, with minors in School Law and School Finance.

*Teaching Experience*

5. From 1974 to 1986 I was a classroom teacher, at the Elementary School level. I taught all subjects in Grades 3 and 4. During this period I also became a consultant to 27 School Districts in Northeast Iowa regarding installation of computers into classrooms.

6. From 1986 to 1989, I was an Elementary School Principal, in Dubuque, Iowa. school principal.

7. In 1986, I became an adjunct professor at Clarke College, Dubuque, IO, teaching both test and measurements and advanced statistics.

*Publishing Experience*

8. In 1989, I left teaching, and entered the publishing field. Initially I worked for Kendall/Hunt Publishing Company. Kendall/Hunt Publishing Company has over 50 years of experience in the publishing industry, and over 6,000 titles in print. The company is able to offer expertise at all levels of education publishing, from kindergarten through college, and on to continuing medical and professional education.

9. I was hired by Kendall/Hunt to be in charge of their Kindergarten through Eighth Grade Publishing and Sales division. Part of my responsibilities was to select curriculum for publication. Some of the publications that I selected were funded by the National Science Foundation ("NSF"). One of them, Chemistry in the Community, was NSF's second must successful project. In 1991 I published Science for Life and Living, an elementary grade

school hands-on project funded by NSF. Another NSF funded curriculum that I selected for publication in 1992 was a three-year integrated Middle School Science and Technology series, for grades 6-8.

10. I left Kendall/Hunt, to accept a position at South-Western Educational Publishing, a division of Thompson Learning Company. I was hired to create a high school science division. One year later, I inherited their Math Division as well. I also selected NSF funded projects for publication while I was at South-Western Educational Publishing, including in 1996 <u>Biology in Community Context</u>, a fairly good non-traditional biology program, and a Molecular Biology text that was being readied for publication when the company was being acquired and I left in 1999.

11. In 1999, I founded my own publishing company, Centre Pointe Learning. My focus was on publishing secondary school science curriculum. Centre Pointe has published a complete rework of an NSF funded high school physics program, <u>Prisims Plus</u>.

12. In Fall 2001, I published a high-quality integrated science curriculum. Due to changes taking place in the market place that I did not appreciate until after the curriculum was published, there was little or no market for the integrated science curriculum.

13. In January 2005, I accepted my present position at *Buckle Down Publishing*. My responsibilities include being familiar with States testing and overseeing publication of curriculum that will assist teachers and students in preparing for their State's tests.

<u>Materials Reviewed</u>

14. I have reviewed the Complaint in this case and the Agreement between Technical Education Research Centers, Inc. and Its About Time, Inc. made as of October 25, 2001 that is

attached to the Complaint.

15. I have reviewed the Table of Contents for Astrobiology. I also have reviewed sample text and sample pictures from the student edition of the curriculum; I have not read the entire book.

16. I have reviewed "An Evaluation of the TERC Astrobiology Curriculum Final Report" prepared by the Goodman Research Group.

17. I have reviewed the "Focus Group Study of the Florida Market for *Active Science*."

Opinions

A. The Market Place - 2001-2002

18. Integrated science publications are a niche market. Major school book publishers market texts that they expect will sell 100,000 copies or more per year. Niche publishers are willing to consider publishing books that may sell only 5,000 to 10,000 copies per year. Because integrated science courses are a niche market, there are only a small number of publishers who will publish such curriculum. My company, Centre Pointe, is one of that small number. It's About Time is another.

19. One reason why integrated science publications are a niche market is because in a typical intermediate or high school, a teacher teaches year-long classes in one science, such as chemistry, biology or earth sciences. Most often there are different teachers for each of these subjects. Thus, it requires a teacher willing to learn and to teach multiple science disciplines in order to teach an "integrated science" course. Not all teachers are willing to accept this challenge.

20. In the mid to late 1990's it appeared to me that the market for integrated science

curriculum and pedagogically new teaching methods was going to expand. However, teachers tried it, and found out that they could not handle all of the content. So publishers became involved in teacher training to get teachers to a comfort level.

21. There were two major events that occurred in 2001 that collectively had a profound effect on, and brought about a marked change in, the marketplace for all educational materials, and for niche publications in particular. These two events were (a) the attack of "9-11" and (b) the enactment of the "No Child Left Behind Act" ("NCLB Act").

a. "9-11" -- Even in the best of times, School Districts face annual budget crises. One of the first items to be scrapped from budgets is the purchase of new textbooks. Following 9-11, the Country experienced a recession. There generally was more pressure on School Districts' budgets, and the overall effect was a decline in purchases of new textbooks.

b. Passage of the NCLB Act in late 2001 accelerated a trend that had begun prior to this time period, to impose standardized testing. Before passage of the NCLB Act, approximately twenty states had some form of state testing. However, most states wrote and administered their own tests, rather than a national standardized test. The NCLB Act drove a nail in the coffin of integrated science curriculum. The requirements of the NCLB Act were extensive, and consequences for non-compliance were expensive. The NCLB Act not only dictated what content needed to be mastered and by what time (i.e., both content and sequence), but the Act also had built-in penalties for failure to make progress. The impact of the NCLB Act was that teachers had less latitude in what they could teach: Teachers needed to focus on teaching the core subject matters that were going to be tested by the standardized tests.

22. Hence, following 9-11 and enactment of the NCLB Act, there was even less interest in "integrated science" textbooks. It is not enough that teachers or students liked a curriculum.

What is critical for School Districts and teachers is that the standardized tests demonstrate that students are showing improvement. When confronted with a choice, niche books seldom were a first choice

23. Coupled with the economic pressures brought about by the recession, the market for niche textbooks thus has shrunk considerably. In so-called "State Adoption" states, even in those states that approve an integrated science curriculum, that is only a license to go fishing for sales. At the School District level, those sales are hard to come by. Only the book selected in first place is purchased. Coming in second place means no sales.

24. Unfortunately for me, I did not recognize timely the combined impact of 9-11 and the NCLB Act. My company, Centre Pointe, published a two-year integrated science curriculum for grades 7 & 8. In 2003, the State of Florida determined that the curriculum met the State Standard Requirements for Florida. Centre Pointe sampled 300 to 500 Florida schools and hired consultants to do sales presentations. Centre Pointe maintained a sales force in Florida for seven months, in an effort to sell the curriculum. Invariably School Districts selected the "layer cake" (i.e., a separate science subject each year) approach over the integrated science approach (i.e., multiple science subjects each year).

B. Author's Rights and Expectations

25. It is the custom in the educational publishing field that the publisher always retains the rights not to publish and not to continue publishing. Unlike the author, whose work may have been funded by NSF, the publisher must use and risk the publisher's own money to bring the curriculum to market. A publisher has to be right when the publisher commits to print-paper-bind a curriculum. Otherwise, as happened to Centre Pointe, the publisher will have a

warehouse full of unsold books. In my various positions, there have been instances where I have had to elect not to publish material that was far along in development.

26. Thus, when an author submits a manuscript to an educational publisher, the author's primary concern is that the author not lose rights to the work if the publisher elects not to publish, or not to continue publishing the author's work.

27. It is unheard of that an author should sue a publisher for alleged lost royalties on account of a publisher's determination that the curriculum is not marketable and consequent election not to publish an educational text.

28. Also, it is not unusual to start by publishing either an electronic version of the curriculum or a black-and-white version. There is a trend toward School Districts requiring that electronic versions be made available of purchased texts. When market conditions justify it, texts initially sold as black-and-white or electronic versions can be reissued later with color pages.

C. Publishing Schedule

29. Experienced authors know that there is a sequencing / schedule that occurs following submission of a manuscript.

30. If an experienced author is not engaged in the foregoing, then the author is presumed to be aware of the fact that his or her manuscript is not being published.

31. I am generally familiar with what has been published in the math/science middle school and high school grades. TERC is offering the Astrobiology curriculum for sale on its web site. However, I am not aware of any publisher that is marketing the curriculum. There are a limited number of publishers in this field. If there were a viable market for Astrobiology, one

would have expected to see it marketed by another publisher.

The foregoing Affidavit is made and given under the pains and penalties of perjury this 14 day of November 2005.

_____
Thomas Emrick