UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TECHNICAL EDUCATION RESEARCH | ) | |
| CENTERS, INC., Plaintiff | ) | |
| | ) | |
| V. | ) | Civil Action No.   04-12539 RCL |
| | ) | |
| LAURTOM, INC., Defendant | ) | |

### STIPULATION OF DISMISSAL (WITH PREJUDICE)

Pursuant to Fed. R. Civ. Proc. 41(a)(1) the plaintiff, Technical Education Research Centers, Inc. and the defendant, Laurtom, Inc., stipulate that this case be dismissed WITH prejudice and WITHOUT costs.

By their attorneys,

| | |
|---|---|
| /s/William S. Strong | |
| /s/Sherry Ruschioni | |
| /s/ Amy C. Mainelli | /s/ Joseph F. Ryan |
| William S. Strong (BBO#483520) | Joseph F. Ryan (BBO#435720) |
| Sherry Ruschioni (BBO#643393) | Lyne Woodworth & Evarts LLP |
| Amy C. Mainelli (BBO#657201) | 600 Atlantic Avenue |
| Kotin, Crabtree & Strong LLP | Boston., MA 02210 |
| One Bowdin Square | (617)523-6655 |
| Boston, MA 02114 | Jryan@LWELaw.com |
| (617)227-7031 | |
| (617)367-2988 (fax) | |